# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Civil Action No. 1:13-cv-00438-JFB-SRF |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff HBAC Matchmaker Media, Inc. and Defendant Yahoo! Inc. hereby stipulate to the dismissal of this action. All claims for relief asserted against Defendant by HBAC herein are dismissed WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (No. 0922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | Rodger D. Smith II (#3778) |
| 600 N. King Street, Suite 400 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Marc A. Fenster<br>Brian D. Ledahl<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>bledahl@raklaw.com | Edward R. Reines<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| Eric J. Carsten<br>CARSTEN LAW PC<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>(424) 273-4160<br>ecarsten@carstenlaw.com | W. Sutton Ansley<br>sutton.ansley@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street NW, Suite 900<br>Washington, DC 20005-3314<br>Telephone: (202) 682-7018<br>Facsimile: (202) 857-0940 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: February 14, 2018

IT IS SO ORDERED this 20th day of February, 2018.

_____
Senior United States District Judge